NATHANIEL LEECH, APPELLEE, v. JAMES E. PHILPOTT, APPELLANT.

1. **Evidence on Appeal.** In cases appealed to the supreme court, the same steps are required to preserve the evidence for use on appeal as are required in a review by proceedings in error.

2. **Practice on Appeal.** Where the appellant fails to appear and point out any error in the judgment appealed from, and no error is apparent, the judgment will be affirmed.

MOTION to dismiss appeal.

*M. H. Sessions*, for the motion.

LAKE, CH. J.

It is shown by the record, that no bill of exceptions of the evidence has been settled as the statute directs. Sec. 676 civil code. Comp. Stats., 620. In cases appealed to this court, the same steps are required to preserve the evidence for use at the hearing on the appeal as if the review were sought by a proceeding in error. These steps are distinctly pointed out in sec. 311 of the civil code, Comp. Stats., 571. For the failure to comply with these provisions of the law in the preparation of the bill of exceptions filed herein, the motion to quash the same must

37

be sustained.  And the appellant having failed to appear in this court and point any error in the judgment of the district court, and none appearing, it must be affirmed.

JUDGMENT AFFIRMED.